IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA VAUGHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CA 12-0279-CG-B |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the Commissioner's unopposed motion to remand (Doc. 17) is hereby **GRANTED**, and **JUDGMENT** is entered reversing the Commissioner's decision.  This cause is **REMANDED** to the Commissioner of Social Security for action consistent with the Commissioner's motion.  This remand, pursuant to sentence four of section 205(g) of the Social Security Act, makes Plaintiff a prevailing party for purposes of the Equal Access to Justice Act ("EAJA"). 28 U.S.C. § 2412; Shalala v. Schaefer, 509 U.S. 292, 300 (1993).

**DONE and ORDERED** this 26th day of October, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE