IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA VAUGHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 12-0279-CG-B |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") (Doc. 22) is hereby **GRANTED** and that Plaintiff is awarded an EAJA attorney's fee in the amount of $1,241.88, payable to Plaintiff.

**DONE and ORDERED** this 30th day of January, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE