IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA VAUGHN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 12-0279-CG-B |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act ("EAJA") is hereby **GRANTED** and that Plaintiff's attorney is hereby **AWARDED** an EAJA fee in the amount of $1,241.88, payable to Plaintiff.  No costs are taxed.

**DONE and ORDERED** this 30th day of January, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE